1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 10    McRo, Inc., d.b.a. Planet Blue, | CASE No. 12-cv-10322-GW (FFMx) |
| 11                  Plaintiff, | **FINAL JUDGMENT** |

10  McRo, Inc., d.b.a. Planet Blue,

                    Plaintiff,

11          v.

Bandai Namco Games America, Inc., et al.

                    Defendants.

Bandai Namco Games America, Inc., et al.,

                    Counterclaim-Plaintiffs,

          v.

McRo, Inc., d.b.a. Planet Blue,

                    Counterclaim-Defendants.

CASE No. 12-cv-10322-GW (FFMx)

**FINAL JUDGMENT**

Honorable George H. Wu

CONSOLIDATED WITH:
12-cv-10323-GW (FFMx)
12-cv-10326-GW (FFMx)
12-cv-10327-GW (FFMx)
12-cv-10329-GW (FFMx)
12-cv-10331-GW (FFMx)
12-cv-10333-GW (FFMx)
12-cv-10335-GW (FFMx)
12-cv-10337-GW (FFMx)
12-cv-10338-GW (FFMx)
12-cv-10341-GW (FFMx)
12-cv-10342-GW (FFMx)
13-cv-01870-GW (FFMx)
13-cv-01874-GW (FFMx)
14-cv-00332-GW (FFMx)
14-cv-00336-GW (FFMx)
14-cv-00352-GW (FFMx)
14-cv-00358-GW (FFMx)
14-cv-00383-GW (FFMx)
14-cv-00389-GW (FFMx)
14-cv-00417-GW (FFMx)
14-cv-00439-GW (FFMx)

WHEREAS, Defendants' Motion for Judgment on the Pleadings Based on Unpatentability under 35 U.S.C. § 101 (the "Motion") was fully briefed and oral argument heard by the Court on September 18, 2014;

WHEREAS, the Court issued an order granting Defendants' Motion on September 22, 2014, holding that the asserted claims of U.S. Patent No. 6,307,576 (*i.e.* claims 1, 7, 8, 9, and 13 – collectively, "the Asserted Claims of U.S. Patent No. 6,307,576") and the asserted claims of U.S. Patent No. 6,611,278 (*i.e.* claims 1, 2, 3, 4, 6, 9, 13, 15, 16, and 17 – collectively, "the Asserted Claims of U.S. Patent No. 6,611,278") are invalid under 35 U.S.C. § 101;

WHEREAS, in light of the Court's Order granting Defendants' Motion, final judgment should be entered in favor of Defendants and against Plaintiff and Counterclaim-Defendant McRo, Inc., d.b.a. Planet Blue ("Plaintiff").

It is **ADJUDGED** that:

- The Asserted Claims of U.S. Patent No. 6,307,576 are found to be invalid based on unpatentability under 35 U.S.C. § 101.
- The Asserted Claims of U.S. Patent No. 6,611,278 are found to be invalid based on unpatentability under 35 U.S.C. § 101.

Accordingly, it is **ADJUDGED** that Plaintiff and Counterclaim-Defendant McRo, Inc., d.b.a. Planet Blue ("Plaintiff") takes nothing from Defendants and Counterclaim-Plaintiffs Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Capcom USA, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Warner Bros. Interactive Entertainment; LucasArts; Activision Publishing, Inc.; Blizzard Entertainment, Inc.; Infinity Ward, Inc.; Atlus U.S.A., Inc.; Konami Digital Entertainment, Inc.; Square Enix, Inc.; Obsidian Entertainment, Inc.; Naughty Dog, Inc.; Sony Computer Entertainment America LLC; Sucker Punch Productions LLC; Codemasters USA Group, Inc.;

1  Codemasters, Inc.; The Codemasters Software Company Limited; and Valve
2  Corporation ("Defendants").
3          All remaining pending motions are **DENIED** as moot.
4          As Defendants are the prevailing parties in this action, Defendants' costs of
5  court shall be taxed against Plaintiff.
6
7
8  Dated: *October 31, 2014*
9
10
11                                    Hon. George H. Wu,
                                      United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28